Atlanta, Jun 8 2016

Filed
RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 10 2016

JAMES N. HATTEN, Clerk
By:                    Deputy Clerk

U.S. District Court Clerk:

## 1: 16 - CV - 1933

Excuse that does not direct me to someone special.
My name is Adriana Cano, I'm Andrés Cano aunt who
asked me the favor of bringing these documents
to you for help on this case. He is now at Johnson
State Prison, his GDC: 1001265017.

If someone can take this case I thank you from
the heart. My phone number is 404-494-6059 and
my address is 6344 Alpine Rd. Rex, GA. 30273.

Cordially.
Adriana Cano

# 1:16-CV-1933

1A



## *Henry County Sheriff's Office*

### *Inmate Grievance Form*

| | |
|---|---|
| Grievance # 20150702 | **Sheriff' Office Use Only** Date Logged In: 7-6-2015 |
| Deputy Name: _____ | Signature: Lt A B_____ |

| Gomez | Andres | C | 544824 | A-2-2lol |
|---|---|---|---|---|
| **Inmate Last Name** | **First** | **MI** | **Pin #** | **Cell #** |

### Part A – Grievance
Include names of persons involved, date, location of incident, or conditions and witnesses:

SEE ATTACHMENT A

Solution Desired: _____

SEE ATTACHMENT B

6-30-15
**Date**

**Signature of Inmate**

### Part B – Response (15 day limit)

7-15-2015
**Date**

**Signature of Jail Division Commander or Representative**

**Distribution:   Original** – Return to Inmate after completion   **Copy** – Administrative Remedy File
Inmate Grievance Form 9-8-14

Grievance Attachment: A

On the 16th of April, I Andres Gomez received a copy of my Rule Violation Report from the incedent that accurd on 4-12-2015 at 1928 hours. First it took longer than 72 hours to be presented with the report. It states in the Henry County Handbook, "Any Violation Report that takes longer than 72 hours to answer is suppose to be dismissed". The write up was brought to me by officer Noble 4 days later. Also in the Henry County Handbook it states, "That an inmate has the right to appeal the write up". The guidelines also state that, "you have to have a proper hearing with a Sgt., The inmate accused, The accusing officer, and an Inmate Representitive in order for a decision to be made. I did not receive the proper process, and my inmate rights was ignored. Due to this I was falsely convicted of Rules and Regulations of the jail. I filled out a Rebutte Form and turned it in to Sgt. Clark who turned the form over to Ms. Noble. Nothing came of this matter. I aske Ms. Noble about my Rebutte Form and she said she never received it. This is also the officer I asked for an appeal. Nothing came of the appeal matter also. Sgt. Clark with whome I spoke with again told me himself that he placed the form in h mail box personelly. My rights as an inmate was violated, I was falsely tazed, m handled, Slammed, in lockdown for 10 days, and charged with broken statues. Due to this improper process, I have been stressed emotionally and mentlely because of th matter. The said situation has caused me to have more time in the Henry County Jail than nessesary also a Probation Violation. Something has to be done about th matter that was ignored. I was wrongfully accused and i'm seeking futher action this matter. Hopefully this situation will get resovled.

Andres C. Gomez

X _Andres Gomez_

Grievance Solution Attachment: B

Solution Desired: I do not know what action needs to be taken in this manner
I do know this was against inmate rights. Im open for suggestions, but I am also
Seeking futher action and looking to speak with a Attorney. If theres something that
Could be done i'm willing and open for suggestions.

Andres, C. Gomez
X Andu G

# 1:16-CV-1933

1B 



## *Henry County Sheriff's Office*

## *Inmate Grievance Form*

---

**Sheriff' Office Use Only**

Grievance # 20150703          Date Logged In: 7-6-2015

Deputy Name: _____          Signature: H A Bulle

| Gomez | Andres | C | 544824 | A-2-261 |
|---|---|---|---|---|
| **Inmate Last Name** | **First** | **MI** | **Pin #** | **Cell #** |

### Part A – Grievance

Include names of persons involved, date, location of incident, or conditions and witnesses:

*SEE ATTACHMENT AND B*

Solution Desired: _____

6-30-15
**Date**

**Signature of Inmate**

### Part B – Response (15 day limit)

there no cameras in the dorm that he could show me the footage from the other camera

I hAVE rEVIEWED this incident to inclode VIDEO
FOOTAge, IncidEnt REpCrtS including the OFFicErs
And InmAtE STATEMENT As wELL As IntervieWs
InmAtE GomEz. I have determinEd thAt there wAs
no Policy Violations And thAt this GriEvAnce is
UnFounded. I have shared my Findings with InmAtE GomEz

07/28/15
**Date**

CApt Buhl
**Signature of Jail Division Commander or Representative**

---

**Distribution: Original** – Return to Inmate after completion     **Copy** – Administrative Remedy File
Inmate Grievance Form 9-8-14

new time

Grievance: Attachment: it        6-30-2015              2:06pm

I inmate Andres Cano-Gomez was involved in an incident with offic
on the date of 4-12-2015 at 1928 hours. I was falsely accused of
of locking down and inciting a riot. Due to false aligation I was
placed in handcuffs, slammed to the conret floor faced down while
n cuffs. I did not resist nor did I put up any type of fight to make
the office to believe I was resisting. officers involved in this unecessary
force was officer Timbs, officer colombo(tazering officer) officer Galantie
(the apprending officer) and officer Burns. Sgt. Taylor was also present. On
this said date at the exact time of 1928 hours a fight broke out in pod
und Dorm A8 between Athoney feilds and officer cromer. on the top teir o
the dorm. Top teir was out on rotation when this all accored. After mr.fiel
was apprended we was ask to backdown. Since the incedent happend on
the top teir we seen everything that happen from our rooms because
he gates for left open. Mostly all the inmates witness the officer being
say to aggressive with inmate fields. we was yelling stop let him go your
hurting him because he was already in cuffs and they was rough housin
im. One of the officers pointed me out and yelled cuff him cause
he personelly heard me saying stop your hurting him. officer Galantie
came to my room asked me to face the wall and put my hands behin
my back. I put my hands behind my back and was asking the offic
why was I being cuffed I also told him their cuffing me because I
seen and spoke on the roughness of inmate fields after being cuffed an
excorted out my cell I ask again, "what rules I break? why am I
being arrested"? I looked back at the officer hoping to get a respons
then I looked back officer Galantie grabbed the back of my neck
and the front of my jumpsuit and slammed me face down on my chest

...tar.on: Attachment.15
lation Desired: Open for seggestions. seeking further action it situation can not be solued. looking to speak with an Attorney in this matter

ame over and shot me in my left shoulder with the tazer. All the while I was still in cuffs. I was tased for about 25 to 35 seconds. I just gotten out the shower body and hair still particailly wet this was necessary use of force, not in perculer of an correctional officer and just bain unhuman like the way I was. treated. I was sent to medical and. Rfer that sent to lockdown. I was panish wrong falley, shot with a tazer, en slammed and rough housed like an animal. All this for me wittnessing an reedent with the correctional officers handling a situation wrongfully. I jas apprehendeed and excorted out of my room so how did I fail to lockdown. was concerned for a persons life yelling tring to get other officers to come in dorm 8 and letting them know we see this and for them to qait beating up a person (person being inmate Fields). How was this inciting a riot ? If I was jrong for any of this than I don't want to be right. I wittness this not turned it then it terned around and it happened to me. I talked different officers, put in for Grievances on the kiosk machine, complained o re kiosk machine in order to get some help with this situation. Nothing ame of this. Ive been complaining of chest pains, shortness of breath and onstent headachs nothing came of this. I was refused Grievances forms u ntil the date of June 29.15. It been a 2 month wait for a grievances sems after talking to multiple co's, Sgts. and Lt's. I was refused help bout this incedent for 2 months. I know im an inmate. but this is wrong nel something has be be done. I couldn't get statements from other inmate acuse I was taken out Dorm 8 in Pod 2 they were the only wittnesses beside e officers involved in the incident. I feel negleted, mistrealed, and injured because e wrong doing to these officer. No one cared or even asked or took any statement from 2 or other inmates who witnessed this. Im seeking further help with this situation on m m when there's steps to get help with it's inside the facility. No one cared. Im
...

3 B

Solution: Attachment: B

Solution Desired: Open for suggestions. Seeking further action if situation can not
be solved. Looking to speak with on Attorney in this matter.

Andres, Cano - Gomez

X _____

4B

Grievance Add-On: Attachment

While Sgt. Taylor was exscorting me to medical Officer Colombo stated, "the only reason I tazed you was because the officer told me to.". Which Sgt. Taylor witnesses this comment. Which lets me know their was no real reason to taze me. The conversa- s on camrea between Sgt. Taylor, Officer Colombo, and myself.

Andres C. Gomez

X

**Office of the Sheriff**
**Henry County**  **1:16-CV-1933**

*Faith · Integrity · Service*

To: Cano-Gomez, Andres Pin# 0098518

Ref: Grievance / JDC Violation/Rebuttal

On 7/06/2015, I received a grievance form from Inmate Cano-Gomez, Andres Pin# 0098518 stating that Deputy Noble fail to serve him the JDC rule violation in a timely manner.

I proceeded with the investigation of the grievance filed by Cano-Gomez, Andres. The investigation included a review of incident reports filed and The JDC report.

After reviewing all evidence, I come to the conclusion that Deputy Noble acted well within her duties in serving the JDC. The incident happened on 4/12/2015 her off days was on the 13th and 14th and handled on the 15th. The rebuttal procedure therefore is another situation altogether, Sgt. Clark stated he placed it in Deputy Noble's box but she don't remember having it is a valid complaint in which. I have put in place a rebuttal file folder that all rebuttal will be placed into so that this will not happen again.

I wanted to also state that your actions would have put you in A1 or Isolation without a JDC violation due to use of force by the officers and that other criminal charges should have been taken against you.

Lieutenant G.D.Brownlee

Inmate Relations

PS : It still didn't solve the fact
that the violated my rights
as an inmate and a person.

CANO-Gomez, Andres.   D2. 237

Sered 10 days in lockdown because of this.

On the 16th of April, I Andres Gomez recived a copy of ~~my this~~ my Rule Violation Report from the incedent that accued on 4-12-2015 at 1928 hours. First it took longer than 72 hours to be presented with the report, and it states in the Henry County Handbook, "Any Violation Report that takes longer than 72 hours to answer is suppose to be dismissed". The write up was brought to me by Officer Noble 4 days later. Also in the Henry County Handbook it states, That an inmate has the right to appeal the write up, The guidelines also state that you have to have a proper hearing with a Sgt. thats on shift, The inmate accused The accusing Officer, and an Inmate Representive in order for a decision to be made I did not recieve ~~was not taking them~~ the proper process, and my rights was ignored. Due to this I was falsly convicted of Rules and Regulations of the jail. I filled out a rebutle for to turn in to Ms.Noble this morner. ~~urned it~~ in to Sgt. K.Clark ~~and~~ and nothing came of ~~it~~. I asked Ms.Noble about my and Rebutle form She said She never recieved it. This is also the Officer I asked for an the appeal matter also. appeal. Nothing came of ~~that~~ Sgt. Clark with whom I spoke with again told me himself that he placed the form in her mail box personelly. My rights a) an inma- in lockdown for 10 days, as violated, I was falsiy taxed, man handled, Slammed, and charged. Due to this matter mproper process, I have been Stressed emotionally and mentlely because of this. ~~This matter~~ ~~caused~~ me to have more time in the Henry County Jail and a possible Violation of robation. Something has to be done about this matter that was ignored wrongfully. Im seeking further action in this matter. to help solve this Situation.

do not            Another Peice of Paper!

olution Desired: I ~~don't~~ know what action needs to be taking in this manner. I do know this was ~~going~~ against inmate rights. Im open for suggestions, but lookin o seek further action and looking to speak with a ~~a~~ Attorney. If theres some- ing that could be done I'm willing and open for suggestions.

1:16-CV-1933

## HENRY COUNTY JAIL
## RULE VIOLATION REPORT

REPORT NUMBER:_____

RULE VIOLATION(S) 1-6; 2-1a; 2-1b, 2-1c

LOCATION OF INCIDENT: A8 Dayroom - top teer

DATE & TIME OF INCIDENT: 4-12-2015  1928

ACCUSED INMATE(S)                          WITNESS(ES)

1: Cano-Gomez, Andres Camilo - 0098518         1: Officer Timbs

2: _____             2: Officer Colombo

3: _____             3: Officer Galantie

4: _____             4: Officer Burns

**NARRATIVE:**

On 4/12/2015 at 1928 while conducting Law Library, Inmate Cano-Gomez, Andres Camilo (Pin - 0098518) failed to comply with orders to lock down while Officer Timbs and I were struggling to control Inmate Fields, Anthony Jamal (Pin - 0090975) during a fight.  Inmate Cano-Gomez used profanity and tried to incite a riot on the top tier until other officers arrived.

C.Romeu / C.Romeu 5650
(Reporting Officer)

Informal Sanctions for Class 3 violation(s):

_____

I do not dispute the violation(s) and agree to comply with the informal sanction suggested by the officer. _____
(Inmate's Initials)

Has inmate been placed in administrative segregation as a result of this incident? ☐ No ☐ Yes _____
(Authorizing Supervisor)

Supervisor's Sanctions Imposed? ☐ No ☐ Yes

Loss of privileges (Store ☐ Visitation ☐ Yard ☐) until: _____  23 hour lockdown ☐ Release: _____

Has the inmate been given a copy of the Rule Violation Report? ☐ No ☐ Yes _____  _____
(Serving Officer)        (Date & Time)

Did the inmate wish to make a written response    ☐ No
or provide names of additional witnesses?         ☐ Yes _____        _____
(Inmate's Signature)      (When will he or she turn it in?)

- If the inmate does not file a written response, the presumption is that he or she does not dispute the reporting officer's version of events. If the inmate wishes to file a rebuttal, the serving officer shall provide a Rule Violation-Rebuttal, and note the time when it will be returned. The inmate can have up to 24 hours to submit the rebuttal.
- If supervisor sanctions are imposed, the inmate may still file a rebuttal which will be forwarded to the Hearing Officer. The Hearing Officer may dismiss the rule violation, leave the findings and sanctions of the supervisor intact, reduce the sanctions, or increase the sanctions as authorized by policy.

_____
(Supervisor)

Inmate Rule Violation Report 3-23-10.docx

4-14-15

X Andres Cano

State ment copy X Archie Coo

During Athony fields oltercastion. officer croomer
was using extreme unsafery force over anarm banel.
the officer eroomer was chocking him and
punching him rapitly. AT one point when he was
chocking him Athony fields wbs taming pale, Thats
when I saiol to officer croomer to let go.
of him, so to the past of the way athony was
getting pale. So officer croomer tolol me to
step in my room, Anol I d`id so. During the
time I step into my room, the other officers arrive
During their arrival they tazed Athony
fields ance put him in hand cuffs. After they
put him in the hand cuffs, officer croomer told
the arrival officers to pat me in hand cuff
So one of the officers went inside of the
room and tolol me to turn against the wall
and I dl`id so. After the officer pat the hanc
culfs on me, he took me out off the room to th
top teer. Anol tolol ore of the other officers to
take me to A1. So I askeol the officers wh
am I in hanol cuffs anol why am I going to
A1, oluring that conversation that officer
slammeol me on the ground anol yielol thcot
I was refusing to go to A1
Bat I don't know how that happen, since
I was walking towarol the steps. So oluring wile
I was on the Dloor Dace olowa and tarp D

officer colombo

te officer who slammed me, toble one of the
other officer to taze me And he did, ~~~~~~~~~~~~
~~~~~~~~~~ for no apperently reason. I was not
even moving to the fact of the officer who slammed
me and put his boot on my back using his
body wieght. So it wasn't no reason to even taze
near to arrest me and take me to A1. After they
snatched the things that belong to the tazer out
of my back they took me to see the nurse.
During the nurse visit I got extremely pain in
my head from the tazer due to the fact that
my hair was wet and extremely pain in my
back and ankle due to my prior car accident.
I ask them to take me to the hospital and
they refused. And also they didn't even give
me ~~~~~ anything for pain until the next day.
So due to that hole situation they charged me
with felony ~~~~~~~~~ obstruction on ~~ a
law enforcement. I don't know why I got charged
with that ~~~ I never put my hands on no
officer and I didn't fight or refuse anything
that they were saying. They used ~~~~~~~ extremely
unesacery force and punishment towards me for
no apperently ~~~~~~~~~~ reason. I also have
~~~ witnesses that would testify and write
statements. This is there name R. benetfield,
D[avid]. Jones and the rest of the ten in A.8

**STATE COURT OF HENRY COUNTY**

## SENTENCE AND PROBATION ORDER
### PAGE ONE

*Tazzing charge*

**STATE OF GEORGIA vs.** _Cano - Gomez Andres_

**SERVE WITH SUSPENSION Y/N**

**DEFENDANT**

**CASE NO.** _15_ (SR)/ TR _1565_ T/T/.

Disposition is made of the charges against Defendant as follows:

| COUNT | OFFENSE 4/12/15 | DISPOSITION (Plea/Found guilty) | SENTENCE | FINE: Inclusive Of Surcharges |
|---|---|---|---|---|
| 1 | Disorderly Conduct | Guilty | 6 Months Jail | |
| | | | Added more | |
| | | | time to may | |
| | | | Sentence. Emotional N | |

**IT IS HEREBY COMMANDED** that the above **DEFENDANT** serve a sentence of _6_ months, consisting of _6_ days/months in jai and the remainder on Probation subject to the requirements and conditions of this Order. _(calculant to any other jail_

☑ (1) Jail time to be served instanter/in 48 hour increments Weekly/ begun by _____. Book/fingerprint/release by _Sentence_

_____ (2) Probation period to begin instanter/consecutive to _____. No probation if paid by _____

_____ (3) This sentence may be served on the **Work Release Program** subject to all rules attendant thereto.

_____ (4) This sentence shall commence upon Defendant's release from his/her present incarceration and all incarceration following consecutively thereupon. As a term and condition of this sentence, Defendant shall notify probation of his/her release from incarceration within 48 hours thereof. This sentence shall not begin running until probation shall receive such notice from Defendant. Defendant's failure to notify probation of his/her release from incarceration shall be a violation of the conditions of this sentence authorizing revocation of this sentence of probation.

_____ (5) Defendant shall serve _____ months of this sentence under house arrest with electronic monitoring (with alcohol sensor/ GPS).

_____ (6) Defendant shall report in person/ in writing no less than (Weekly / Monthly / Semi-Monthly / Quarterly) as directed by probation.

_____ (7) In addition to the fine amounts provided above, and probation fees and costs provided in paragraph 10, below, Defendant shall pay the following amounts:

| Court Costs | Attorney Fee/Restitution to Henry Co. | Victim/Other Restitution | Multiple Offender Photo | Contempt | Other: |
|---|---|---|---|---|---|
| | | | | | |

_____ (8) Fines and court costs (but not probation fees or victim restitution) may be paid via community service in lieu of cash, credited at the rate of $10 per hour worked. Attorney fee restitution may/may not be paid via community service.

_____ (9) Victim restitution is to be paid through probation to (give name only): _____.

_____ (10) In addition to all other amounts due hereunder, Defendant shall pay supervision fees, drug testing fees, electronic monitoring fees and other costs as directed by probation, as approved by the Court.

_____ (11) Defendant shall comply with the Court's General Conditions of probation (see opposite side).

_____ (12) Defendant shall perform _____ hours of community service work at a rate of _____ hours per week. Said work shall be performed ir Henry County/county of residence.

_____ (13) Defendant shall not consume any alcoholic beverages, illegal drugs or narcotics nor be in the presence of anyone consuming alcohol, illegal drugs, narcotics or any other substances which may prove dangerous to oneself or others.

_____ (14) Within ___ days of the commencement of the probationary period, Defendant shall undergo an evaluation for: substance abuse / anger management / family violence / general mental health issues by a professional counselor which must include a drug screen, and shall sign whatever papers necessary to have reports sent to probation. Defendant shall supply the evaluator with a current copy of his/her criminal history and the incident report from this incident. The recommendations of the evaluator shall become a part of the probation requirements, and Defendant shall strictly comply therewith.

_____ (15) Defendant shall attend a minimum of _____ **NA/AA/similar self-help 12-step program meetings each week** for the duration of Probation.

_____ (16) On each report to Probation, Defendant shall bring **proof of attendance of AA meetings, counseling, and a written statement as to the consumption of drugs/alcoholic beverages during the probation period.**

_____ (17) At his/her own expense, Defendant shall attend:
_____ Anger Management Counseling _____ Family Violence Counseling _____ Substance Abuse Program
_____ Defensive Driving School _____ Risk Reduction School _____ DUI Court
_____ Theft Offender Counseling _____ Victim Impact Panel _____ Other: _____
Said program(s) to be begun within _____ days of commencement of the probationary period and continuing until successful completion of the program(s).

_____ (18) Defendant shall be subject to a drug/alcohol screen at the direction of a probation officer, at Defendant's expense.

_____ (19) Defendant shall submit to search of his/her person and property upon request by any probation supervisor or certified police officer.

_____ (20) Defendant is to have no contact / no violent contact with _____.

_____ (21) Defendant shall complete the requirements for obtaining a General Equivalency Diploma (G.E.D.).

_____ (22) Probation will be non-reporting / terminated upon performance of all special conditions, with no violations, to serve a minimum of _____ months.

_____ (23) Defendant shall obtain / reinstate Georgia Driver's License by _____.

_____ (24) Other _____

**SO ORDERED this** _28th_ **day of** _June_ **20** _15_

DECLARATION BY DEFENDANT: I have read or have had read to me the conditions of probation in this Order (including the Court's General Conditions of Probation on page two). I understand that my probation is an alternative to a jail sentence. I also understand my probation may be revoked and the balance of my probation served in jail if I fail to abide by the conditions of this sentence.

### IN THE STATE COURT OF HENRY COUNTY
### STATE OF GEORGIA
### PAGE TWO

IN RE:  General Conditions of Probation

### ORDER

A.  The following general conditions of probation shall apply in each sentence on each case in which the Court places a Defendant on probation:

    (1) do not violate the criminal laws of any government unit;
    (2) avoid injurious and vicious habits – including alcohol intoxication and use of narcotics and other dangerous drugs unless lawfully prescribed;
    (3) avoid persons or places of disreputable or harmful character;
    (4) report to the probation supervisor as directed and permit such supervisor to visit Defendant at home or elsewhere;
    (5) work faithfully at suitable employment insofar as may be possible;
    (6) do not change place of abode, move outside the jurisdiction of the Court or leave the state for any period of time without prior permission of the probation supervisor;
    (7) support Defendant's legal dependent(s) to the best of Defendant's ability; and,
    (8) if permitted to move or travel to another state, agree to waive extradition from any jurisdiction where he/she may be found and not contest any effort by any jurisdiction to return him/her to this state.

B.  The Defendant shall pay any fine, restitution, costs, probation supervision fees, or any other sum of money lawfully imposed by this Court or by law as and when instructed by his/her probation supervising officer, and shall pay for any counseling and/or treatment ordered by the Court.

C.  The Defendant shall not violate the rules of the Henry County Detention Center or the Henry County Annex while incarcerated therein or under the jurisdiction thereof.

D.  The probation supervision officer shall advise the Defendant that the Court may, at any time, revoke or modify any conditions of the probation and/or discharge the Defendant from probation.  The probationer shall be subject to arrest for violation of any conditions of probation ordered by the Court.  If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof, in the manner provided by law, after deducting therefrom the amount of time Defendant has served on probation.

E.  All payments are to be paid through the Court's designated provider of supervision services at a rate to be determined by the probation supervising officer and beginning at such time as may be designated by the probation supervising officer.  All court costs, costs of extradition or apprehension related to violation of probation by Defendant will be assessed against Defendant.

F.  The above and foregoing general conditions of probation shall remain in effect with respect to each case, until the further Order of this Court.  These general conditions of probation shall be in addition to, and not in lieu of, any other conditions of probation which the Court may impose in Defendant's sentence for each case.

G.  Each special condition of probation imposed on the face of this sentence is imposed as to all counts upon which Defendant is sentenced.

H.  A copy of this Order along with a copy of the Court's sentence shall be given to each Defendant and each Defendant shall acknowledge in writing, by an appropriate form to be supplied by the probation supervising officer, that Defendant has received said items.

I.  Defendant is hereby notified that any habeas corpus petition challenging the legality of this conviction must be filed within one year from the date of this sentence pursuant to O.C.G.A. § 9-14-42 (six months for traffic offenses).

SO ORDERED, this the _____ day of _____, 20____.

_____
BEN W. STUDDARD III, Chief Judge
State Court of Henry County

_____
JAMES T. CHAFIN III, Judge
State Court of Henry County

_____
ERNEST D. BLOUNT, Judge
State Court of Henry County

_____
JASON T. HARPER, Judge
State Court of Henry County

THE SUPERIOR COURT OF HENRY COUNTY

THE STATE OF GEORGIA

CRIMINAL ACTION NO. _2013_ SUCR _649AM_

-VS-

_Andres Camilo Cano-Gomez_  **1 : 16 - C V - 1 9 3 3**

### PROBATION REVOCATION ORDER

Whereas pursuant to notice given to the defendant, the above matter came before the Court on the date aforesaid and the Court has adjudicated that the terms and conditions of probation had been violated as set forth in the following particulars: ✓ Stipulation _____ Hearing

✓ Defendant has committed the subsequent offense(s) as alleged in the petition or: _____

_____ Failure to report                                   _____ Failure to pay restitution
_____ Failure to complete Community Service       ✓ Failure to pay fine and/or fees
_____ Failure to avoid injurious or vicious habits       _____ Failure to advise Probation Officer of current residence/employment
_____ Failure to complete A/D evaluation/counseling   _____ Failure to complete GED
_____ Other_____

NOW, THEREFORE, it is ordered and adjudged that the Defendant has violated the terms of probation ordered by the Court, therefore:

_____ No Adjudication of Guilt in First Offender/Conditional Discharge Sentence.            _____ Time to be served in the State Penal System.

_____ Reinstated to all original conditions of probation w/ instructions                 _____ Time to be served in the Henry County Jail.
       to report on _____

_____ Complete a Probation Detention Center for 60-120 days or _____ days.

                                                                              _____ Remain in custody while awaiting entry
_____ Complete a Probation Boot Camp for 90-120 days.

                                                                              _____ Remain on street while awaiting entry
_____ Complete the Probation Substance Abuse Treatment Center and aftercare.

_____ Complete the Integrated Treatment Program and aftercare.

_____ Complete Special Condition Added-_____

_____ Revoked for _____, then remanded back to probation under all original conditions.

_____ Revoked for _____ and case closed.           ✓ All monies declared uncollectable

_____ Curfew to be established by Probation for a period of _____ months

                                                                              _____ Probation supervision fee shall be waived
_____ Complete _____ hours of Community Service.

                                                                              _____ Shall pay no less than $_____ per month until
_____ Search and Specimen Clause                                              all monies are paid in full

_____ Report IN PERSON to the McDonough Probation Office                       _____ Report in person for _____ months
       within 24 hours of release from custody

_____ Credit for time served since _____           ✓ Shall run concurrent to any sentence currently
                                                                              being served.
✓ Other: _Shall receive credit for any time previously served_
_on probation_

_____ ADJUDICATION OF GUILT ENTERED IN CONDITIONAL DISCHARGE SENTENCE.

✓ FIRST OFFENDER SENTENCE VACATED AND ADJUDICATION OF GUILT ENTERED. It is ordered and adjudged by the
Court that the said defendant is hereby sentenced to confinement for a period of _10 years, serve_
_2 years_                                                                      in the
State Penal System or such other institution as the Commissioner of the Georgia Department of Corrections may direct, to be computed as
Provided by law. HOWEVER, it is further ordered by the Court:

[ ]   1) THAT the above sentence may be served on probation under all original conditions of probation ordered by the Court.

[✓]   2) THAT upon service of _2 years_ of the above sentence, the remainder of _8 years_ may be served
       on probation PROVIDED that the said defendant complies with the original conditions of probation ordered by the Court

_____ DEFENDANT HAS BEEN SENTENCED UNDER THE PROVISIONS OF THE PROBATION OPTIONS MANAGEMENT ACT.
THE SANCTION CEILING UNDER THIS ACT IS SET AT THE DETENTION CENTER FOR 60-120 DAYS/PSATC

SO ORDERED, this _23rd_ day of _June_, 20_15_.

_____
Judge of the Superior Court, Flint Judicial Circuit

SC-6.2 Final Disposition Felony Sentence With Probation

## IN THE SUPERIOR COURT OF HENRY COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**ANDRES CAMILO CANO-GOMEZ**

**CRIMINAL ACTION #:**

**2015-SU-CR-338AM**
**July Term of 2015**

| *Clerk to complete if incomplete:* |
| --- |
| OTN(s):88398255816 |
| DOB: 5/28/1993 |
| Ga. ID#:4007923W |

FILED IN OPEN COURT
SUPERIOR COURT
HENRY COUNTY, GA

AUG 17 2015

*Dorothy C. Fountain*
CLERK OF SUPERIOR COURT

**First Offender/Conditional Discharge entered under:**

☐ O.C.G.A. § 42-8-60   ☐ O.C.G.A. § 16-13-2
☐ **Repeat Offender as imposed below**
☐ Repeat Offender waived

**Final Disposition:**
**FELONY with CONFINEMENT**

**PLEA:**                    **VERDICT:**
☒ Negotiated ☐ Non-negotiated    ☐ Jury ☒ Non-jury

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
| --- | --- | --- | --- | --- | --- |
| 1 | OBSTRUCTION OF AN OFFICER (F) | GUILTY - LESS OBSTRUCTION OF AN OFFICER - MISDEMEANOR | 11 MONTHS TO SERVE | | CONCURRENT WITH ANY SENTENCE SERVING |
| 2 | TERRORISTIC THREATS | NOLLE PROSEQUI | | | |
| 3 | VGCSA - POSSESSION OF MARIJUANA LESS 1 OZ | GUILTY | 11 MONTHS TO SERVE | | CONSECUTIVE TO CT 1 |
| 4 | DRIVING UNDER THE INFLUENCE ( ALCOHOL) | NOLLE PROSEQUI | | | |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of <u>22 MONTHS</u>, ☐ with the first _____ to be served in confinement and the remainder to be served on probation; or ☐ to be served on probation.

The Defendant is to receive credit for time served in custody: ☐ from ~~_____~~; or ☐ as determined by the custodian.   Feb. 2. 2015 ~~_____~~

☐ 1. The above sentence may be served on probation provided the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☒ 2. Upon service of <u>22 MONTHS</u>, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

Page 1 of 4

## ADDENDUM TO SENTENCE SHEET REFLECTING SURCHARGES, ADD-ONS, AND FEES REQUIRED BY LAW

|  | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT |
|---|---|---|---|---|---|---|
| COURT COST ................................................ |  |  |  |  |  |  |
| FINE .......................................................................... |  |  |  |  |  |  |
| POPIDF-A FUND (10% TO MAX) ....................... | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| POPIDF-B FUND (10%) ..................................... | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAIL FEE (10%) ................................................ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUI SURCHARGE (10%/$26 MAX) .................... |  |  |  |  |  |  |
| DATE SURCHARGE (50%) ................................ |  |  |  |  |  |  |
| CRIME VICTIM ASSISTANCE (5%) .................. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW LIBRARY ................................................... |  |  |  |  |  |  |
| BSIT FUND (10%) DUI'S ONLY ......................... |  |  |  |  |  |  |
| DETF (5%) ......................................................... |  |  |  |  |  |  |
| ...................................................................... |  |  |  |  |  |  |
| TOTAL: COURT COSTS AND FINES ................. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PLUS CRIME LAB FEE ............................... |  |  |  |  |  |  |
| TOTAL TO CLERK OF COURT .................. |  |  |  |  |  |  |

and a **PROBATION FEE** of $23.00 and **$9.00 G.C.V.E.F.** per month.

State of Georgia v. **Andres Camilo Cano-Gomez**
Criminal Action # **2015-SU-CR-338AM**
SC-6.2 Final Disposition Felony Sentence With Probation
Page 4 of 4

☐ 3. The Court sentences the Defendant as a recidivist under O.C.G.A.:

    ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); or ☐ § _____.

## GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.
1) The Court orders that:    the Defendant shall pay the probation supervision fee as required by law; or ☐ the probation supervision fee is waived.
2) If counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $_____ to **HENRY** County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab Fee as required by law.

## SPECIAL CONDITIONS OF PROBATION

The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☐ as designated on the attached Inventory of Special Conditions of Probation; or ☐ as follows: *(import conditions to be imposed from Inventory of Special Conditions of Probation)*.

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

State of Georgia v. **Andres Camilo Cano-Gomez**
Criminal Action # **2015-SU-CR-338AM**

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

---

*For Court's Use:* THIS BLOCK AREA WILL EXPAND AS INFORMATION IS TYPED.  PLEASE NOTE THAT SPECIAL SENTENCING CONDITIONS SHOULD BE ENTERED ON PAGE 2 IN THE SECTION TITLED AS 'SPECIAL CONDITIONS OF PROBATION' AND SHOULD NOT BE LISTED IN THIS SECTION.

---

The Hon. JEAN C. SPERLING, Attorney at Law, represented the Defendant by: ☒ employment; or ☐ appointment.

**SO ORDERED** this 17TH day of AUGUST, 2015.

Judge of Superior Court
Flint Judicial Circuit

Arch W. McGarity

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation.  I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

Defendant

State of Georgia v. **Andres Camilo Cano-Gomez**
Criminal Action # **2015-SU-CR-338AM**
SC-6.2 Final Disposition Felony Sentence With Probation
Page 3 of 4



**SENTENCE COMPUTATION REPORT**
5/11/16 10:32 AM

Nathan Deal
*Governor*

Homer Bryson
*Commissioner*

# 1:16-CV-1933

Computation Reason :
Computation Comments :

| Name: | Cano-Gomez, Andres Camilo | GDC#: | 1001265017 | Case Number#: | 808765 |
|---|---|---|---|---|---|
| Alias: | Cano Gomez, Andres Camilo; Cano-Gomez, Andres Camilo | | | | |
| Previous Case Number(s): | 808765 | | | | |
| Race: | HISPANIC | Sex: | M | DOB: | 05/28/1993 |
| Sex Offender: | N/A | | | SSN#: | 667099309 |
| FBI#: | 923110KD3 | SID#: | 4007923W | Current Security: | MEDIUM |

Tentative Parole Date:          Actual Parole date:          Maximum Release Date: **03/12/2017**

## Boot Camp
No Boot Camp decisions have been made for this offender.

| Docket#: 2013SUCR649AM | | County : HENRY COUNTY | | Docket Status : INMATE | |
|---|---|---|---|---|---|
| Sentence date : | 06/23/2015 | Sentence Start Date: | 03/13/2015 | MRD: | 03/12/2017 |
| Probation Start Date: | 03/13/2017 | Sentence End Date: | 03/12/2025 | Special Considerations: | NONE |
| Judge: | MCGARITY, ARCH W | District Attorney: | MAHAFFEY | Consecutive To: | |
| SB 440 : | N | SB 441: | N | | |

| Count :1 | POSS OF MARIJUANA - FELONY | | Consecutive To : | |
|---|---|---|---|---|
| Sentence Run Type: | GUILTY - SENTENCE | Crime Committed date: | 07/26/2013 | |
| Sentence Length : | 10 Years, 0 Months, 0 Days | Serv Time: | 2 Years, 0 Months, 0 Days | |
| Comments: | | | | |

## Sentence Adjustments

| Reason | From | To | Plus or Minus | Total Days | Deleted |
|---|---|---|---|---|---|
| JAIL CREDIT | 03/13/2015 | 06/22/2015 | MINUS | 102 | NO |

## Revocations
No Revocations found for this Docket.



# SENTENCE COMPUTATION REPORT
## 7/16/15 12:50 PM

**Nathan Deal**
*Governor*

mmedium

Homer Bryson
Commissioner

| | |
|---|---|
| Computation Reason : | **NEW SENTENCE** |
| Computation Comments : | **APPLIED DOCKET#2013SUCR649AM SW** |

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Cano-Gomez, Andres Camilo** | GDC#: | **1001265017** | Case Number#: | **808765** |
| Alias: | Cano Gomez, Andres Camilo;  Cano-Gomez, Andres Camilo | | | | |
| Previous Case Number(s): | | | | | |
| Race: | **WHITE** | Sex: | **M** | DOB: | **05/28/1993** |
| Sex Offender: | **N/A** | | | SSN#: | **667099309** |
| FBI#: | **923110KD3** | SID#: | **4007923W** | Assigned Location: | **GA DIAG CLASS PRISON** |
| Current Security: | **MEDIUM** | Education Level: | **9** | | |

| | | | | |
|---|---|---|---|---|
| Tentative Parole Date: | | Actual Parole date: | | Maximum Release Date: **03/09/2016** |

## Boot Camp
No Boot Camp decisions have been made for this offender.

| | | | | | | |
|---|---|---|---|---|---|---|
| Docket#: **2013SUCR649AM** | | **County : HENRY COUNTY** | | **Docket Status : INMATE** | | |
| Sentence date : | 06/23/2015 | Sentence Start Date: | 03/10/2014 | MRD: | | 03/09/2016 |
| Probation Start Date: | 03/10/2016 | Sentence End Date: | 03/09/2024 | Special Considerations: | | NONE |
| Judge: | MCGARITY, ARCH W | District Attornney: | MAHAFFEY | Consecutive To: | | |
| SB 440 : | N | SB 441: | N | | | |

| | | | |
|---|---|---|---|
| **Count :1** | **POSS OF MARIJUANA - FELONY** | **Consecutive To :** | |
| Sentence Run Type: | GUILTY - SENTENCE | Crime Committed date: | 07/26/2013 |
| Sentence Length : | 10 Years, 0 Months, 0 Days | Serv Time: | 2 Years, 0 Months, 0 Days |
| Comments: | | | |

### Sentence Adjustments

| Reason | From | To | Plus or Minus | Total Days | Deleted |
|---|---|---|---|---|---|
| FOA PROBATION CREDIT | 03/10/2014 | 06/22/2015 | MINUS | 470 | NO |

### Revocations
No Revocations found for this Docket.