1:16-cv-1933-AT-CMS

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL – 5 2016

JAMES N. HATTEN, CLERK
By J. _____ Deputy Clerk

ANDRES CANO-GOMEZ

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Deputy Cromer, et. al.

_____

(Enter above the full name of the defendant(s).)

**I.     Previous Lawsuits**

    A.     Have you filed other lawsuits in federal court while incarcerated in any institution?

               Yes (  )       No ( ✓ )

    B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

        1.     Parties to this previous lawsuit:

             Plaintiff(s): _____ N/A _____

             Defendant(s): _____ N/A _____

        2.     Court (name the district): _____ N/A _____

        3.     Docket Number: _____ N/A _____

Rev. 12/5/07

**I.      Previous Lawsuits (Cont'd)**

4.      Name of judge to whom case was assigned: _____N/A_____

5.      Did the previous case involve the same facts?

Yes ( )         No ( )

6.      Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
_____N/A_____
_____

7.      Approximate date of filing lawsuit: _____N/A_____

8.      Approximate date of disposition: _____N/A_____


**II.     Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.      Place of Present Confinement: _Johusone State Prison_

B.      Is there a prisoner grievance procedure in this institution?

Yes ( ✓ )         No ( )

C.      Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( ✓ )         No ( )

D.      If your answer is YES:
1.      What steps did you take and what were the results?
NoTe: I was in the Henry County Jail
during this incident and filed a
Grievances while in the Jail, Grievances
No. 201507l, 20150702, 20150713
_____

2.      If your answer is NO, explain why not: _____
_____
_____

**III.    Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff:    Andres Canio-Gomez

Address(es):    Johnson State Prison, P.O. Box 344, Wrightsville, Georgia 31096-0344

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s):    Officer Colombo, Sgt. Taylor, Officer Timbs, Officer Galonctie, and Officer Burns

Employed as    Sheriff's Henry County Jail

at    Henry County Jail, 120 Henry Parkway McDonough Georgia 30253

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attachment

1. On April 12 2015; there was an incident in my pod (Dorm-A8) at the Henry County Jail, between Defendant Cromer and Inmate Anthoney Fields on the top teir of the dorm. The top teir was out on Rotation where the incident occured between Defendant Cromer and Inmate Anthoney Fields. I witnessed everything that happened from my Room/cell ~~director~~, while locked down in my Room/cell because the gate was left open by the Defendants. I witness Defendant Cromer, being very aggressive with inmate Fields while he was handcuffed.

2. I expressed my concerns through my locked Room/cell door ~~pictures~~ about the actions or in-actions of Defendant Cromer, use of force on Inmate Fields because I was actually scared for his life do to the use of force by Defendant Cromer, while inmate Fields was still hand-cuffed, the Defendant asked one of the other Defendants, who was it that was yelling about what I was doing to that inmate. (Meaning inmate Fields).

-1-

And one of the Defendants pointed me out and Defendant Cromer, yelled cuff him (meaning the Plaintiff) Because Defendant Cromer personally heard the Plaintiff, yelling through his Room/Cell stop hurting him (meaning Inmate Fields).

3. Defendant Galantie came to my Room/cell and asked me to turn around and face the Wall and to put my hands behind my back. I complied with the Defendant order, and face the Wall as Well as put my hands behind my back, asking Defendant Galontie, Why was I being cuffed. I then ask, was I being cuffed because I seen What Defendant Cromer did to Inmate Fields.

4. After being cuffed, I was Removed from my Room/cell by Defendant, Galontie, I then again asked Defendant Galontie, What Rules have I violated and I got NO answer from the Defendant; I looked over my shoulder to see if he Would give me a Response, and at that time Defendant Galontie

-2-

grabbed me by the back of my
Neck and the front of my Jumpsuit
and slammed me face down on my
Chest and stomach to the floor and
Defendant Galonfie yelled tase him,
all of which was done while the Plaintiff
still Remained handcuffed behind his
back." AT NO TIME, WAS THE PLAINTIFF
A THREAT TO THE SAFETY OF DEFEND-
ANTS OR THE SAFETY AND SECURITY
OF THE HENRY COUNTY JAIL.

5. While on the FLOOR faced down on my
Chest and stomach, did Defendant
Colombo follow the orders of Defendant
Galonfie and use force that was clearly
greater than what was Justified when
he used a "stun gun" or electroshock
device to tase the Plaintiff in his
left shoulder and back area.
Clearly using his "stun gun" or electro-
shock outside of the policy, procedure
and practice that governs the use of
"stun guns" and other electroshock
devices at Henry County Jail.

-3-

6. At the time that the Plaintiff was tased for at least 25 to 35 seconds, the Plaintiff was still wet from taking a shower; The Defendants could see that the Plaintiff hair and parts of his body was still visibly wet from Plaintiff taking a shower. The actions/ IN-actions of the Defendants were inhumane and caused the Plaintiff to be treated at the Medical Dept from being tased.

7. Defendants Sgt. Taylor, Timbs, and Burns were present, and "NEVER" tried to stop Defendant Colombo from tasing the Plaintiff, OR ordered Defendant Colombo to stop tasering the Plaintiff while handcuffed behind his back on the floor.

8. The Plaintiff was taken from the Medical Dept. and placed in the lock-down security unit of the Jail, as well as written a Disciplinary Report for "Refusing to lock-down," which the Plaintiff was already locked-down in his Room/ Cell at the time of the incident with Defendant Cromer and Inmate Fields, and the Plaintiff

-4-

was written up for inciting a Riot, because the Plaintiff showed some concern about the unnecessary use of force on Inmate Fields by Defendant Cromer.

9. The Plaintiff ~~fid~~ field Grievances on the Jails Kiosk Machine as well as hand written Grievances see (Exhibit-A1). As a Result of the above mentioned incident, the Plaintiff has suffered from serious sever back pain, back spasms, headaches, Dizzyness, decreased quality of ~~sleep~~ Sleep, exacerbation of PTSD Mental Condition, increased irritability, decreased concentration, and episodic Narcolepsy.

10. AT ~~all~~ all times Relevant to this action the Defendants was acting "Under Color of State law" when they violated the Plaintiff's Constitutional Rights. By statute, the County Sheriff is Responsible for ensuring the safety and well-being of prisoners under his supervision. The Defendants are being sued in their individual and official Capacities

-5-

WHEREFORE, Plaintiff Respectfully prays that this Court:

A. Declare that the acts and omissiones described herein Violated Plaintiff's Rights under the Constitution and laws of the United States;

B. Order defendants to pay compensatory and punitive damages;

C. Order defendants to pay Plaintiff's filing fees, Court Cost as Well as paralegal and attorney fees;

D. Have Removed from Plaintiff's Criminal history drug Convictions.

_____
Plaintiff PRO se

-6-

**IV.    Statement of Claim (Cont'd)**

See Attachment

**V.      Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

See Attachment

Rev. 12/5/07

1. Order Defendants to pay compensatory damages in the amount of 1.6 Million and punitive damages in the amount of $90,000.00 per Defendant.

2. Six sessions of diversity and sensitivity training (at employee's own expense).

3. Six sessions of employee assistance program (EAP) psychologist to help explore personal issues related to non-compliance with authoritative and regulatory standards which are mandated for professional practice.

4. Inservice all sheriff staff on the use of stun guns / electroshock device,

5. Inservice all sheriff staff on the use of force

6. Defendants pay filing fees, court cost and paralegal and attorney fees.

7. Each Defendant be written up and this complaint (Civil Action) be noted in their personal files.

-1-

**V.     Relief (Cont'd)**

_See ATTachMenT_

Signed this ___25___ day of _____June_____, 20 _16_.

_Signature of Plaintiff_

**STATE OF** _Georgia_
**COUNTY (CITY) OF** _Johnson_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _6/25/2016_
(Date)

_Signature of Plaintiff_

Rev. 12/5/07