Grievance #

# Exhibit - A1

Grievee #
2015O7O2
or
2O15O7O3

*Henry County Sheriff's Office*

*Inmate Grievance Form*

| Sheriff' Office Use Only | |
|---|---|
| Grievance # _____ | Date Logged In: _____ |
| Deputy Name: _____ | Signature: _____ |

| Gomez | Andres | C | 544524 | A-2-261 |
|---|---|---|---|---|
| **Inmate Last Name** | First | MI | Pin # | Cell # |

## Part A – Grievance
Include names of persons involved, date, location of incident, or conditions and witnesses:

SEE ATTACHMENT A.

Solution Desired: SEE ATTACHMENT B.

6-30-15
Date

_____
Signature of Inmate

## Part B – Response (15 day limit)

_____
Date

_____
Signature of Jail Division Commander or Representative

Distribution:  Original – Return to Inmate after completion  · Copy – Administrative Remedy File

On _____ _____ _____ _____ on ___ __-__-2015 ___ __ __ hours I was falsely accused of not laying down and inciting a riot. Due to false allegations I was placed in handcuffs, slammed to the concrete floor _____ down while in cuffs. Also tazzed on my left shoulder while face down on the ground in cuffs. I did not resist nor did I act up or any type of fight to make the officer to believe I was resisting. Officers involved this unecessary force was Officer Timbs, Officer Colombo (Teassing officer) Officer Galante (The offending officer) and Officer Burns. Sgt. Taylor was also present.

On this said date at the exact time of 1928 hours a fight broke out in ___ Pod and Dorm A8 between Athoney Fields and Officer Cromer on the top tier of the dorm. The Top tier was out on rotation when this all occured. After Mr. Fields was _____ apprended we was asked to lockdown. Since the incident happened on the top tier we seen everything that happen from our rooms because the ganes was left open. Mostly all the inmates witness the officer being way to aggressive with inmate Fields. We was yelling stop let him go your hurting him because he was already in cuffs and they was rough housing him. One of the officers painted me out and yelled cuff him cause he personally heard me saying stop your hurting him. Officer Galante came to my room asked me to face the wall and put my hands behind my back. _____ I put my hands behind my back and was asking the officer why was I being cuffed. I also told him their cuffing me because I seen and spoke on the roughness of inmate Fields. After being cuffed and escorted out my cell I asked again what rules I break? Why am I being arrested? I looked back at the officer hoping to get a response. When I looked back, Officer Galante grabbed the back of my neck and the front of my jumpsuit and slammed me face down on my chest and stomach to the ground and yelled face down. Officer Colombo then _____ _____ and shot me in my _____ shoulder ____ _____ ___ ___ _____ ___ ____, I was tazed for about _____ _____ _____ ___ ____ _____ ___ ____ _____

just, unnecessary use of force, not in procedure of an correctional officer and just plain unhuman like the way I was treated. I was sent to medical and after that sent to lockdown. I was punish wrongfully, shoot with a taser, and slammed and rough house like an animal. All this for me witnessing an incedent with the correctional officers handling a situation wrongfully. I was apprehended and escorted out of my room so how did I fail to lockdown. I was concerned for a persons life. yelling tring to get other officers to come in dorm 8 and letting them know we see this and for them to quit beating up a person. (Person being Inmate Fields). How was this inciting a riot? If I was wrong for any of this than I dont want to be right I wittness this and then it turned around and it happened to me. I talked to different officers, put in for Grievances on the Kiosk machine, complained on the Kiosk machine in order to get some help with this situation. Nothing came of this. I've been complaining of chest pains, shortness of breath and constant headachs nothing came of this. I was refused Grievances form up until the date of June 29, 2015. It has been a 2 month wait for a Grievance Forms after talking to multiple CO's, Sgts, and Lts. I was refused help about this incedent for 2 months. I know I'm an inmate, but this is wrong and something has to be done. I couldn't get statements from other inmates cause I was taken out Dorm 8 in Pod 2. They were the only wittnesses beside the officers involved in the incident. I feel neglected, mistreated, and injured because the wrong doing of these officers. No one cared or even asked or took any statement from me or other Inmates who witnessed this. I'm seeking further help with this situation on my own when there is steps to get help with this inside the facility. No one cared. I'm seeking further action of this situation. I was refused Grievance this is why I'm behind on this matter. Thank You!

Andre Cano, Gomez

Solution's Grievance I

Solution Desired: Open for suggestions. Seeking further action, or solution can not be solved. Looking to speak with an Attorney in this matter

Grievance add-on : Attachment

While Sgt Taylor was exscorting me to medical officer Colombo stated", the only reason I tazed you was because the officer told me to", which Sgt. Taylor wittnessed this comment. which lets me know their was not no reason to taze. The conversation is on Camera between Sgt. taylor, officer colombo, and myself